

# Fourth Court of Appeals
## San Antonio, Texas

October 20, 2022

No. 04-22-00326-CV

Zulema J. **GARZA**,
Appellant

v.

Zulema J. **GARZA**, Jose Juan Garza, II, Andres Garza, Alejandro Garza, and Gabriel Garza,
Appellees

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2020-CVK-002209-D1
Honorable Joe Lopez, Judge Presiding

# O R D E R

Appellant's brief was due by October 13, 2022, and it was not filed. On October 19, 2022, appellant filed a letter we construe as a motion for extension of time to file her brief. In her letter, appellant states she is a pro se litigant, was unaware of her brief due date, and requests a thirty-day extension of time. After consideration, we **grant** appellant's request, and we **order** appellant to file her brief **by November 21, 2022.** We caution appellant pro se litigants are held to the same standards as licensed attorneys and are required to comply with the applicable rules of appellate procedure. *See e.g., Dunlap v. Trois,* No. 04-19-00488-CV, 2020 WL 7633952, at *2 (Tex. App.—San Antonio Dec. 23, 2020, no pet.) (mem. op.).

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of October, 2022.

_____
Michael A. Cruz,
Clerk of Court